# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTOPHER KEOGH and CASEY ADT,

    Plaintiffs,

v.                                              Case No: 8:23-cv-1287-CEH-SPF

EB TARPON POINTE MARINA, LLC,

    Defendant.

## ORDER

Before the Court is the parties' Joint Stipulation Dismissing Action With Prejudice (Doc. 18). In it, the parties indicate that the claims in this Fair Labor Standards Act action were resolved without compromise, and stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In accord with the Joint Stipulation for a Voluntary Dismissal With Prejudice, it is therefore **ORDERED**:

1) This cause is dismissed, with prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties